UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CANDLER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>D. GONZALES, et al.,<br><br>　　　　　　　Defendants. | No.  2:22-cv-1049 KJM CKD P<br><br><br><br>ORDER |

　　　Plaintiff has filed a motion for an extension of time to file objections to the August 26, 2022 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motion for an extension of time (ECF No. 9) is granted; and

　　　2. Plaintiff is granted thirty days from the date of this order in which to file objections to the court's August 26, 2022 findings and recommendations (ECF No. 8).

Dated:  September 13, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/hh
cand1049.36