UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CANDLER, | No. 2:22-cv-01049 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| D. GONZALES, et al., | |
| Defendants. | |

On January 25, 2023, plaintiff was ordered to pay the $402 filing fee for this action within 14 days. Plaintiff was warned that failure to do so would result in dismissal. Plaintiff has not paid the filing fee.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: March 6. 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE